

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2021

No. 04-21-00240-CV

**INTEREST OF C.H., J.H., E.H., I.B.H., AND I.A.H.,**

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. CV06287
Honorable Pedro (Pete) Gomez Jr., Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant S.H.'s brief is due July 13, 2021. Appellant S.H. has filed a motion for extension of time to file his brief. Appellant S.H.'s motion for extension of time is GRANTED, and appellant's brief is due on August 2, 2021.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court